UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
ROOSEVELT L. WHITE,                )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 14-171 S
                                   )
CAROLYN COLVIN, ACTING             )
COMMISSIONER OF SOCIAL SECURITY,   )
                                   )
        Defendant.                 )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

On July 24, 2015, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 17).  Judge Sullivan recommended that Defendant's Motion for an Order Affirming the Decision of the Commissioner ("Defendant's Motion") (ECF No. 16) be granted and Plaintiff's Motion to Reverse Without or, Alternatively, With a Remand for a Rehearing of the Commissioner's Final Decision ("Plaintiff's Motion") (ECF No. 13) be denied.  No objections to the R&R were filed, and the time for doing so has passed.  Accordingly, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1).  The R&R is ADOPTED,

Defendant's Motion is GRANTED, and Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date: August 21, 2015